Case 5:07-cv-05089-JF    Document 9    Filed 02/01/2008    Page 1 of 1

1-29-08

FILED
FEB 0 1 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Greetings "Honor Jeremy Fogel,

My name is Jimmy [REDACTED]. The civil courts told me assigned to my case in civil matters with California Department of Corrections (& Rehabilitation) case number 5:07-CV-05089-JF and as my funds to live on is $104.00 a month with no food stamps is a struggle and would like to deal with my mental issues with physicians so I could move on out of my dark issues, I've been getting no help and dissadsifying results of all orginizations.

What I'm asking for is a need of an attorney and my case is more than just health & safety code violations! I've had nightmares still today.

If this is my 1st letter my apology for the story but your honor I'm on parole out of a SFPD retaliation of constitutional rights 3 O.C.C. complaints dismissed for no resans! Same officer that had me put back on parole for a (1) yrs old case D.A. refiled no credit 600 days offer of deal to discriminate myself of intent to sale back on parole I class A student due to I didnt deserve alot and still not be cared for of inflictions of past, institutions, drugs, street gangs, ect!!

    "I'm a city YOGI now"
        ☺