FEB 01 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Greetings "Honor" Jeremy Fogel,

I'm in need of serious assistance with a civil case (#:5:07-CV-05089-JF) pertain (I Ortiz Jimmy)-vs-California Department of Corrections (& Rehabilitation).

It's in need of a transfer to San Francisco County 450 Goldengate (desired) due to my income is $104 a month phone calls, travel, & issues of case & incodents all happen here. Would be appriciated. "Even I well respect all!"

Thanks for your patience to let me share with you this issue of transfer case to S.F. County and may your days be full of harmony & blessings...

*[signature]*

Mr. Jimmy Ortiz
540 Jones St #505
S.F. Ca, 94102
(415) 674 8103

P.S. In my case the clerk said something about jail?...
                    Unless I'm able to surface issues of my life being indangered for 25 odd yrs.