NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ORTIZ, | No. C 07-5089 JF (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action without prejudice to filing a petition for a writ of habeas corpus. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/29/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\CR.07\Ortiz089jud.wpd        1

1  A copy of this ruling was mailed to the following:

2

3  Jimmy Ortiz
   F-27017
   540 Jones Street, #505
4  San Francisco, CA 94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28